■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PERLMAN, Appellant. — Judgment of the County Court, Nassau County (Vitale, J.), rendered January 21, 1982, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.